| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Azrack, Joan M. | 2. Court or Organization<br><br>US District Court East Dist NY | 3. Date of Report<br><br>11/9/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/9/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | 2014 Salary and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S.-Asian Law Institute, NYU Scool of Law | June 21 to June 30, 2014 | Beijing, China and Guangzhou, China | Educational Conference | Travel, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/9/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank NA Personal Banking New York, NY (acct # 1) | A | Interest | M | T | | | | | |
| 2. Citibank NA Personal Banking, New York, NY(acct #2) | A | Interest | J | T | | | | | |
| 3. Oppenheimer: Advantage Bank Deposits various banks (IRA) | A | Interest | O | T | | | | | |
| 4. PMA: SSGA Prime Money Market (IRA) ) | A | Distribution | J | T | | | | | |
| 5. Fidelity VIP Equity Incm Port - Nationwide Annuity Contract | | None | M | T | | | | | |
| 6. Fid VIP Growth Portfolio - Nationwide Annuity Contract | | None | K | T | | | | | |
| 7. Fid VIP Overseas Porfolio- Nationwide Annuity Contract | | None | K | T | | | | | |
| 8. Fid VIP2 Asset Mgr Port - Nationwide Annuity Contract | | None | L | T | | | | | |
| 9. PMA: Pimco Low Duration Fund Intl (IRA) | B | Distribution | L | T | | | | | |
| 10. PMA: Pimco Total Ret Fund (IRA) | B | Distribution | | | Sold (part) | 11/25/14 | K | A | |
| 11. PMA: Pimco Total Ret Fund (IRA) | B | Distribution | | | Sold | 12/17/14 | K | A | |
| 12. Oppenheimer Global Value Fnd - Nationwide Annuity Contract | | None | L | T | | | | | |
| 13. Fidelity Blue Chip Fund - Fidelity 401(k) | | None | L | T | | | | | |
| 14. Fidelity Diversified Intl - Fidelity 401(k) | | None | L | T | | | | | |
| 15. Fidelity Freedom 2020 Fund - Fidelity 401(k) | | None | K | T | | | | | |
| 16. Fidelity Contrafund - Fidelity 401(k) ) | | None | M | T | | | | | |
| 17. Fidelity Grow & Inc -Fidelity 401(k) | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Value Fund - Fidelity 401 (k) | | None | L | T | | | | | |
| 19. Fidelity Retire Mmkt - Fidelity 401(k) | | None | L | T | | | | | |
| 20. JP Morgan Growth & Income "A" shares | A | Dividend | J | T | | | | | |
| 21. JP Morgan Intl Opps Fund "A" shares | A | Dividend | J | T | | | | | |
| 22. Walt Disney Co (see VIII) | A | Dividend | J | T | | | | | |
| 23. Oppenheimer: Alliance NY Muni Income Fund | C | Interest | L | T | | | | | |
| 24. NVIT Money Market I Nationwide Annuity Contract (see VIII) | | None | K | T | | | | | |
| 25. Opp: Adv Mun Liq Fd fka Adv NY T/E Liquidity MM Fund | A | Dividend | J | T | | | | | |
| 26. Am Cent Equity Inc - Fidelity 401(k) | | None | L | T | | | | | |
| 27. Oppenheimer: Eaton Vance Insured NY Municipal Bond Fd | C | Interest | L | T | | | | | |
| 28. Oppenheimer: Kinetics Paradigm Adv Cl C | A | Dividend | L | T | | | | | |
| 29. Oppenheimer: Catalyst Insider Buying Fund (IRA) | A | Dividend | K | T | | | | | |
| 30. Oppenheimer: Kinetics Paradigm Fund (IRA) | A | Dividend | K | T | | | | | |
| 31. Oppenheimer: Voya Global Equity Div & Prem Oppty Fund (IRA) (see VIII) | B | Dividend | K | T | | | | | |
| 32. Fidelity Investment Gr Bond Fd - Fidelity 401k | | None | M | T | | | | | |
| 33. NY 529 College Saving Pgrm Growth Portfolio | | None | J | T | | | | | |
| 34. NY 529 - Inflation Prtctn Securities Portfolio | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NY 529 - Aggresive Growth Portfolio | | None | J | T | | | | | |
| 36. NY 529 - Growth Portfolio | | None | J | T | | | | | |
| 37. NY 529 - Small Cap Stock Index Portfolio | | None | J | T | | | | | |
| 38. NY 529 Conservative Growth Portfolio | | None | J | T | | | | | |
| 39. PMA: Vanguard High Yield Admin (IRA) | C | Distribution | K | T | | | | | |
| 40. Oppenheimer: Kinetics Paradigm Adv C (IRA) | A | Dividend | K | T | | | | | |
| 41. PMA: Vanguard Short Term Investment Grade Fund (IRA) | C | Distribution | M | T | | | | | |
| 42. PMA: MetWest Intermediate Bond Fund | A | Distribution | K | T | | | | | |
| 43. Oppenheimer: Advantage Offshore Liquidity Fund (IRA) | A | Dividend | J | T | | | | | |
| 44. Oppenheimer: First Trust Strategic High Income Fd (IRA) | A | Dividend | J | T | | | | | |
| 45. PMA: Vanguard Intermediate Term Investmen Grade Fund (IRA) | B | Distribution | L | T | | | | | |
| 46. Fidelity Freedom 2010 Fund - Fidelity 401k (see VIII) | | None | | | Sold | 05/19/14 | K | A | |
| 47. GRTMR NVIT Int'l EquityFund - Nationwide Annuity Contract | | None | K | T | | | | | |
| 48. NVIT Mult-Mgr Int'l Grw Fnd - Nationwide Annuity. Contract | | None | K | T | | | | | |
| 49. JP Morgan Mid Cap Growth - | B | Dividend | K | T | | | | | |
| 50. NVIT Large Cap r Fund-R - Nationwide Annuity Contract | | None | L | T | | | | | |
| 51. Opp: Invesco Tr Inv Grade NY Mun fka NY Qual Mun Sec Com | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/9/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Opp:Black Rock Flex Eq Div fka Mid Cap Val Eq C (IRA) | C | Dividend | K | T | | | | | |
| 53. Opp: Black RockFlex Eq Div fka Mid Cap Val Eq C (IRA) | A | Dividend | K | T | | | | | |
| 54. Oppenheimer: Advantage Bank Deposits in various banks (IRA) | A | Interest | J | T | | | | | |
| 55. PMA: Columbia Midcap Value Fund (IRA) | A | Distribution | K | T | | | | | |
| 56. PMA: FMI Large Cap Fund (IRA) | C | Distribution | K | T | | | | | |
| 57. PMA: Jensen Quality Gr (IRA) | B | Distribution | K | T | | | | | |
| 58. PMA: Odyssey Growth Fund (IRA) | A | Distribution | K | T | | | | | |
| 59. PMA: T Rowe Price Small Cap Stock Fund (IRA) | B | Distribution | K | T | | | | | |
| 60. PMA: Vanguard Extended Market Index (IRA) | A | Distribution | K | T | | | | | |
| 61. PMA: Vanguard 500 Index Fund (IRA) | C | Distribution | M | T | | | | | |
| 62. PMA: Harbor International Fund (IRA) | B | Distribution | K | T | | | | | |
| 63. PMA: Scout International Fund (IRA) | A | Distribution | | | Sold | 11/25/14 | K | A | |
| 64. PMA: T Rowe Prive Int'l (IRA) | A | Distribution | K | T | Buy | 11/28/14 | K | | |
| 65. PMA: Vanguard Internalional Index Fund (IRA) | B | Distribution | K | T | | | | | |
| 66. PMA: Harbor International Fund | B | Distribution | K | T | | | | | |
| 67. PMA: Odyssey Growth Fund | B | Distribution | K | T | | | | | |
| 68. PMA:Odyssey Aggressive Growth Fund | A | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/9/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PMA: Vanguard International Index Fund | B | Distribution | K | T | | | | | |
| 70. PMA: Vanguard Extended Market Index Fund | A | Distribution | K | T | | | | | |
| 71. PMA: Columbia Mid Cap Value Fund | B | Distribution | K | T | | | | | |
| 72. PMA: FMI Large Cap Fund | B | Distribution | J | T | | | | | |
| 73. PMA: Jensen Quality Growth Fund | A | Distribution | J | T | | | | | |
| 74. PMA: Vanguard 500 Index Fund | A | Distribution | L | T | | | | | |
| 75. PMA: Pimco Low Duration Fund | A | Distribution | K | T | | | | | |
| 76. PMA: Pimco Total Return Fund | A | Distribution | | | Sold | 12/17/14 | J | A | |
| 77. PMA: Vanguard High Yield Corporate Fund | A | Distribution | J | T | | | | | |
| 78. PMA: Vanguard Intermed Term Tax Exempt Fund | A | Distribution | K | T | | | | | |
| 79. PMA: Vanguard Limited Term Tax Exempt Fund | A | Distribution | K | T | | | | | |
| 80. PMA: SSGA Prime Money Market | A | Distribution | J | T | | | | | |
| 81. NY 529: Mid-Cap Stock Index Portfolio | | None | J | T | | | | | |
| 82. PMA: American Beacon Interntional Fund (IRA) | A | Distribution | J | T | | | | | |
| 83. PMA: Vanguard Growth Index Fund (IRA) | A | Distribution | K | T | | | | | |
| 84. PMA: T Rowe Price Equity Income Fund (IRA) | C | Distribution | L | T | | | | | |
| 85. PMA: Vanguard Growth Indx Fund | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PMA: T Rowe Price Equity Income Fund | B | Distribution | K | T | | | | | |
| 87. PMA: T Rowe Price Int'l (IRA) | A | Distribution | J | T | Buy | 11/28/14 | J | | |
| 88. Oppenheimer: Blackrock Muni Yield NY Qlty Fd Tax Free | C | Dividend | K | T | | | | | |
| 89. PMA: MetWest Untermediate Bond Fund (IRA) | B | Dividend | L | T | | | | | |
| 90. McDonald's common stock (see VIII) | A | Dividend | J | T | | | | | |
| 91. Coca Cola common stock (see VIII) | A | Dividend | J | T | | | | | |
| 92. Nike common stock class B (see VIII) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PMA, as used in Part VII, refers to Prudent Management Associates, which mainatains managed assets portfolios (individual and IR) containinvestments identified herein.

Oppenheimer (or "Opp."), as used in Part VII, refers to Oppenheimer & Co., Inc.,which maintains brokerage accounts (individual and IRA) containing investments identified herein.

Nationwide Aunnuity Contract, as used in Part VII, refers to a Nationwide Variable Annuity Contract account, which contains investments identified herein.

Fidelity 401k, as used in Part VII, refers to a 401k account maintained by Fidelity Invwstments,which contains investments identified herein.

NY 529, as used in Part VII, refers to a NY State 529 college savings program, which contains investments identified herein.

Re item 22: A small amount of Disney stock was purchased many years ago in the name of ▮▮▮▮▮ as custodian for ▮▮▮▮▮▮▮▮▮▮ . Although it is unclear to me whether such stock held in custody remains reportable once the ▮▮▮▮▮▮▮▮▮ , I will, unless informed otherwise, contiue to report this stock until it is sold or ▮▮▮▮▮ custodial ownership is otherwise terminated.

Re item 31: This invetment was formerly named ING Global Equity Dividend & Premium Oppty Fund.

Re item 46: Fidelity closed out the Freedom 2010 Fund in May 2014 and the assets were distributed among the other 401k funds maintained with Fidelity and identified herein.

Re item 90: A small amount of McDonald's stock was purchased many years ago in the name ▮▮▮▮▮ custodian for ▮▮▮▮▮▮ . The investment should have been identified in the 2013 report and in some earlier years. For all reportable periods, the value code for the stock has been code J and the income gain code has been code A. Although it is unclear to me whether such stock held in custody remains reportable ▮▮▮▮▮▮▮▮ , I will, unless informed otherwise, continue to report this stock until it is sold or my husband's custodial ownership is otherwise terminated.

Re item 91: A small amount of Coca Cola stock was purchased many years ago in the name of ▮▮▮▮▮ custodian for ▮▮▮▮▮▮ . The investment should have been identified in the 2013 report and in some earlier report years. For all reportable periods, the value code for the stock has been code J and the income gain code has been code A. Although it is unclear to me whether such stock held in custody remains reportable ▮▮▮▮▮▮▮ , I will, unless informed otherwise, continue to report this stock until it is sold or my husband's custodial ownership is otherwise terminated.

Re item 92: A small amount of Nike common stock was purchased many years ago in the name of ▮▮▮▮▮▮▮▮ . The investment should have been identified in the 2013 report and in some earlier report years. For all reportable periods, the value code for the stock has been code J and the income gain code has been code A. Although it is unclear to me whether such stock held in custody remains reportable ▮▮▮▮▮▮ , I will, unless informed otherwise, continue to report this stock until it is sold or ▮▮▮▮▮▮ ownership is otherwise terminated.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan M. Azrack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544